judge that trial counsel was engaged in another trial at the time, that trial counsel gave to the substitute counsel the "necessary information" upon which to base the post trial motions and that substitute counsel was present during part of the trial. The record shows that defendant was given able and competent representation by his trial counsel.

This Court is in agreement with the basic principles of law urged by defendant in the cases cited in his brief which, however, are not applicable to the factual situation presented in the case at bar. See *e.g., People v. Mosby*, 25 Ill.2d 400; *People v. Bergbreiter*, 97 Ill.App.2d 429; *Lamb v. People*, 96 Ill. 73; *Stuart v. People*, 73 Ill. 20; *People v. Hardt*, 329 Ill.App. 153.

For these reasons the judgment is affirmed.

GOLDBERG, P. J., and LYONS, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WARREN SMITH (IMPLEADED), Defendant-Appellant.

(No. 51350;

First District—April 10, 1972.

Ellis B. Rosenzweig, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.